**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REX S. GUNTHER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:25-cv-01232-SEP |
| | ) | |
| SARA KRUMMAL, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Rex Gunther's correspondence received by the Court on August 14, 2025, which the Court construes as a civil rights complaint under 42 U.S.C. § 1983.  The complaint is 38 pages long and repetitive, and it alleges numerous facts from 2005, 2006, and 2011, which are time-barred under the 5-year statute of limitations.  *See Sulik v. Taney Cnty., Mo.*, 393 F.3d 765, 767 (8th Cir. 2005).  Plaintiff has also filed several letters seeking entry of default but has not filed proof of service on Defendant.

Plaintiff may file an amended complaint on a Court-provided form within 30 days of the date of this Order.  Although he is a civil detainee, he must use the Court's Prisoner Civil Rights Complaint form, which seeks information about exhaustion of administrative remedies.  Finally, Plaintiff's amended complaint must comply with Federal Rules of Civil Procedure 8 and 10.  Rule 8(a) requires that the complaint contain "a short and plain statement of the claim showing that [plaintiff] is entitled to relief . . . ."  And Rule 10(b) requires a plaintiff to "state [his] claims . . . in numbered paragraphs, each limited as far as practicable to a single set of circumstances."  Plaintiff is warned that the filing of an amended complaint replaces the original complaint.  *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005).  The Court will not consider any claims not realleged in the amended complaint.

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Prisoner Civil Rights Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court-provided form within 30 days of the date of this Order.

**IT IS FINALLY ORDERED** that failure to comply with this Order will result in dismissal of this action without prejudice and without further notice to Plaintiff.

Dated this 9th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE