**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REX S. GUNTHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:25-cv-01232-SEP |
| | ) | |
| SARA KRUMMAL, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. On June 9, 2026, the Court ordered Plaintiff to file an amended complaint in compliance with Federal Rules of Civil Procedure 8 and 10 on a Court-provided form within 30 days. Doc. [9]. The Court warned Plaintiff that failure to comply with the Order would result in dismissal of the matter without prejudice. *Id.* More than two months later, Plaintiff has not complied with the Order; therefore, the Court will dismiss this action. *See* Fed. R. Civ. P. 41(b); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (district court may dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate Order of Dismissal will issue herewith.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 19th day of August, 2026.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE